September 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF G.S., A CHILD, Appellant

NO. 14-14-00477-CV

_____

This cause, an appeal from a judgment terminating parental rights signed March 27, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant to pay all costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.